■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN D. McCUMISKEY, Appellant. (Appeal No. 2.) [784 NYS2d 468]—Appeal, by permission of a Justice of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Genesee County Court (Robert C. Noonan, J.), dated October 9, 2003. The order denied defendant's motion pursuant to CPL article 440 to vacate the judgment in appeal No. 1.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v McCumiskey* (12 AD3d 1145 [2004]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRIN E. ANDERSON, Appellant. [784 NYS2d 469]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered September 6, 2002. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated and aggravated unlicensed operation of a motor vehicle in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.